1

2

3

4

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2024

SEAN F. McAVOY, CLERK

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

DEMARCUS HOLT,

8                                    Plaintiff,

9        v.

10   YAKIMA COUNTY
     DEPARTMENT OF
11   CORRECTIONS and
     CHIEF B. SPLAWN,
12

13                               Defendants.

NO. 1:24-CV-3136-TOR

ORDER OF DISMISSAL WITHOUT
PREJUDICE

14        BEFORE THE COURT is the Court's Order to Comply with Filing Fee

15   Requirements.  ECF No. 6.  The Court has reviewed the record and files herein and

16   is fully informed.  For the reasons discussed below, this action is dismissed without

17   prejudice.

18        On September 4, 2024, Plaintiff filed a *pro se* civil rights complaint pursuant

19   to 42 U.S.C. § 1983, along with an insufficient application to proceed *in forma*

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

*pauperis*.  The Court attempted to advise Plaintiff of the deficiencies concerning his application, but the Order was returned as undeliverable.  ECF Nos. 6, 7.

Parties filing actions in the United States District Court are required to pay filing fees.  28 U.S.C. § 1914(a).  An action may proceed without the immediate payment of a filing fee only upon granting of in forma pauperis status.  *See* 28 U.S.C. § 1915.  Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice.  *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED** without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

The District Court Executive is directed to enter this Order, enter Judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** December 16, 2024.



                                  THOMAS O. RICE
                              United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2